IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN HOLLOWAY, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> CORRECTIONAL OFFICER JAMAINE ANDERSON, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 17-00225 |

## ORDER

**AND NOW**, this 23rd day of July, 2018, upon consideration of Defendant Velasquez's Motion for Summary Judgment (ECF No. 53), Plaintiff's Response (ECF No. 55), and Defendant's Reply (ECF No. 56), it is hereby **ORDERED** that:

1. Defendant Velasquez's Motion for Summary Judgment (ECF No. 53) is **GRANTED**. Judgment is entered for Defendant Velasquez on Count 2.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.